**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**MINISTER RICKEY WILSON**                                                    **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO. 3:06CV31LS**

**MARIA POND**                                                    **DEFENDANT**

---

### <u>ORDER</u>

This matter came before the court on a review of the docket and a conference with the staff of the District Judge, which indicated that the Defendant's Motion to Dismiss is under active consideration by Judge Lee.  That being the case, and since the basis of the Motion to Dismiss is this court's lack of jurisdiction over this matter, the undersigned is of the opinion that the Case Management Conference currently set for August 25, 2006, should be stayed pending Judge Lee's decision on the Motion to Dismiss.

IT IS, THEREFORE, ORDERED that the Case Management Conference earlier set for August 25, 2006, is hereby stayed until after the disposition of the Defendant's Motion to Dismiss. If the Motion is denied, the parties are to contact the office of the undersigned within ten days of the entry of the Order, so that the Case Management Conference may be rescheduled.

IT IS SO ORDERED, this the 22nd day of August, 2006.


                                                    S/James C. Sumner
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE