```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         JACKSON DIVISION
```

MINISTER RICKEY WILSON                                      PLAINTIFF

VS.                                        CIVIL ACTION NO. 3:06CV31LS

MARIA POND                                                  DEFENDANT

## JUDGMENT

Based on the court's order entered this date, it is ordered and adjudged that the complaint in this cause is dismissed.

SO ORDERED AND ADJUDGED this 23rd day of August, 2005.


                                    /s/ Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE